HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorneys for* David A. Rosenberg, Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. ROSENBERG, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>HARVEY A. BOOKSTEIN, Accountancy Corporation, et. al.,<br><br>Defendants. | DISTRICT CASE No.:<br>**2:12-cv-01797-MMD-NJK**<br><br><br><br>**STIPULATION AND ORDER TO DISMISS ACTION** |

Plaintiff/Trustee David A. Rosenberg and Defendants Harvey A. Bookstein, an individual, Harvey A. Bookstein, an Accountancy Corporation, HAR-Airport, LLC, HAR-San Jacinto Partners, LLC, HAR-Bronson Diversified LLC, and HAR-SJS Partners, LLC, (the defendants, collectively "the Bookstein Defendants"), by and through their attorneys of record, hereby stipulate and agree to the following:

1.  The above-captioned case number 2:12-cv-01797-MMD-NJK shall be dismissed;

2.  The related case, *Bookstein v. Rosenberg*, case number. 2:12-cv-627-MMD-RJJ, shall be dismissed;

///

- 1 -

3.   All parties to bear their own fees and costs.

DATED this 12th day of November, 2013

HOWARD KIM & ASSOCIATES

*signature*

Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Dr., Suite 110
Henderson, Nevada 89014
Phone: (702) 485-3300
Fax:   (702) 485-3301

*Attorneys for David A. Rosenberg, Chapter 7 Trustee*

DATED this 12 day of November, 2013

SCHWARTZER AND MCPHERSON

*signature*

Lenard E. Schwartzer, Esq.
Nevada Bar No. 399
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Phone: (702) 228 7590
Fax:   (702) 892-0122

DATED this ___ day of November, 2013

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

*signature*

Sean Riley, Esq.
California Bar No. 123533
(*pro hac vice*)
10242 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Phone: (310) 553-3000
Fax:   (310) 843-2661

*Attorneys for Harvey A. Bookstein, a California Accountancy Corporation, Harvey A. Bookstein, an individual, HAR-Airport, LLC, HAR-San Jacinto Partners, LLC, HAR-Bronson Diversified, LLC, and HAR-SJS Partner, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this ___ 12th day of November, 2013

*signature*

UNITED STATED DISTRICT JUDGE

-2-